IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION |
| v. | ) Case No. 12-cr-51-bbc |
| DAVID S. HELGREN, | ) 21 U.S.C. § 841(a)(1) |
| Defendant. | ) 21 U.S.C. § 846 |

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

On or about March 9, 2010, in the Western District of Wisconsin, the defendant,

DAVID S. HELGREN,

knowingly and intentionally attempted to possess with intent to distribute a mixture or substance containing 3,4 Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and 846).

April 11, 2012
Date

John W. Vaudreuil
United States Attorney